# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VACH | 9081370 | THURMAN | 1323 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 09/20/2021  1410 | 38 CFR 1.218(b)(34)(i) |

Place of Offense: CHEYENNE VAMC — EB VA LOOP RD FROM WEST FACILITY GATE

Offense Description: Factual Basis for Charge   HAZMAT ☐
EXCEEDING POSTED SPEED LIMIT BY UP TO 20 MPH (27MPH IN A 15MPH)

### DEFENDANT INFORMATION

Last Name: GUZMAN
First Name: REBECCA
M.I.: —

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 26132A | WY | 11 | TOYOTA AVALON | | BLACK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 80 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: FEDERAL COURTHOUSE, 2120 CAPITAL AVENUE, CHEYENNE, WY 82001
Date: 12/7/21
Time: 0930

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9081370*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 SEPTEMBER, 2021 while exercising my duties as a law enforcement officer in the LARAMIE District of WYOMING

SEE ATTACHED SINGLE VIOLATION LISTING

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/20/2021
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/27/2021 11:54